IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:02CR37-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TYRONE JAVELLE BOWENS ) | |

**THIS MATTER** is before the Court upon Defendant's *Ex Parte* Motion To Continue the Supervised Release Hearing scheduled for August 6, 2012, in the Statesville Division. For the reasons stated in the Defendant's Motion, the Court finds that good cause has been shown to continue this matter. **IT IS, THEREFORE, ORDERED** that Defendant's Motion for a continuance is **GRANTED**. Consequently, the Supervised Release Hearing scheduled for August 6, 2012, sentencing term in the Statesville Division is hereby continued to the next available sentencing term in the Statesville Division. **FURTHER, IT IS ORDERED** that the Defendant's *Ex Parte* Motion is filed under seal.

Signed: July 25, 2012

Richard L. Voorhees
United States District Judge